**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DANIEL J. LEVITAN,
and PAMELA H. LEVITAN,
    Plaintiffs,

vs.                                          CASE NO.: 3:09cv321/MCR/MD

MARY ANN PATTI, LLC, et al.,
    Defendants.
                                   /

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 16, 2009.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiffs' motion for a temporary restraining order or preliminary injunctive relief (doc. 25) is DENIED.

3.    The defendants' requests for costs, other sanctions and damages are DENIED.

**DONE AND ORDERED** this 15th day of January, 2010.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**